UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Barry Harris,<br><br>      Plaintiff<br><br>v.<br><br>Christopher Pena, et al.,<br><br>      Defendants. | Case No.: 2:23-cv-00563-JAD-NJK<br><br>**Order Certifying that Plaintiff's Appeal Is Not Taken in Good Faith**<br><br>[ECF No. 11] |

On October 23, 2023, I screened Plaintiff Barry Harris's first amended complaint and dismissed the complaint with prejudice.[1] Plaintiff appealed my order, and the Ninth Circuit has referred the case for the limited purpose of determining whether *in forma pauperis* status should continue for this appeal or whether the appeal is frivolous or taken in bad faith.[2]

I hereby certify that Harris's *in forma pauperis* appeal from my screening order is not taken "in good faith" under 28 U.S.C. § 1915(a)(3). The Clerk of Court is directed to **FORWARD** a copy of this order to the Clerk of Court for the United States Court of Appeals for the Ninth Circuit (reference Case No. 23-3195).

Dated: November 27, 2023

                                                         _____
                                                         U.S. District Judge Jennifer A. Dorsey

---

[1] ECF No. 6.
[2] ECF No. 11.